| | |
|---|---|
| From: | ICE-FOIA |
| To: | Kelly Simon |
| Subject: | Automatic reply: FOIA Request - ACLU of Oregon |
| Date: | Tuesday, October 10, 2017 5:37:58 PM |

ICE has received the information you submitted to the ICE-FOIA@dhs.gov mailbox.

If you are submitting a FOIA request, this courtesy reply does not replace the Acknowledgement Letter which will be sent to you once your request has been entered into our FOIA Request Tracking System.

If you are seeking the status of a pending FOIA request for which you have a FOIA case number, you may check the status of your request online at www.ice.gov/foia/status/.

Please visit the ICE FOIA Library at www.ice.gov/foia/library/.

As this reply is automatically generated, please do not respond to this notification.