| | |
|---|---|
| **From:** | ice-foia@dhs.gov |
| **To:** | Kelly Simon |
| **Subject:** | ICE Clarification Request FOIA Number 2018-ICFO-03359 |
| **Date:** | Tuesday, November 14, 2017 10:58:30 AM |

November 14, 2017

KELLY SIMON
ACLU FOUNDATION OF OREGON
PO BOX 40585
PORTLAND, OR 97240

**RE: ICE FOIA Case Number 2018-ICFO-03359**

This e-mail is in regards to your October 10, 2017 ICE FOIA request for The ACLU seeks release of the following: Records created or received in the Seattle Field Office or any ICE offices or suboffices in Oregon on or after January 20, 2017, regarding immigration enforcement actions in or near Oregon courthouses. Records concerning the number of individuals who have been detained, arrested or otherwise subject to questioning by ICE agents or any officials working in cooperation with ICE in or near an Oregon courthouse dating back to January 1,2017. Records concerning policies, guidelines, and standards of conduct for officers conducting enforcement actions at or near courthouses, including but not limited to policies about selection of enforcement targets, clothing worn by agents during arrests, in particular, uniforms, display of name and/or badges, providing identification, production of warrants, presence of warrants, use of vehicles and responding to questions raised by those being detained, questioned, arrested and/or witnesses thereto. Records concerning policies, guidelines, and standards of conduct related to discrimination, race-based or otherwise, for officers conducting enforcement actions. Records concerning the number of individuals who have been detained, arrested or otherwise subject to questioning by ICE agents or any officials working in cooperation with ICE in or near an Oregon courthouse dating back to January 1, 2017. Records concerning policies, guidelines, and standards of conduct for officers conducting enforcement actions at or near courthouses, including but not limited to policies about selection of enforcement targets, clothing worn by agents during arrests, in particular, uniforms, display of name and/or badges, providing identification, production of warrants, presence of warrants, use of vehicles and responding to questions raised by those being detained, questioned, arrested and/or witnesses thereto. Records concerning policies, guidelines, and standards of conduct related to discrimination, race-based or otherwise, for officers conducting enforcement actions. All records regarding compliance with 8 U.S.C. § 1229(e), including internal policies. All records concerning activities and enforcement action(s) of ICE agents or officials working in Hillsboro, Oregon on September 18, 2017. See request for further details..

In conducting a search for responsive records, the ICE FOIA office has determined that further clarification is needed regarding your request. During the search for responsive records, the program office found that the communication requests are too broad. Specifically, what type of communications are you requesting and please identify the subject of the communication. Please provide the ICE FOIA office with a response as soon as possible to avoid any further delay in the processing of your request. If a response is not received within 30 days, your request will be administratively closed.

Sincerely,

ICE FOIA