**From:** Stadnicki, David <David.Stadnicki@ice.dhs.gov>
**Sent:** Wednesday, February 07, 2018 9:02 AM
**To:** Kelly Simon
**Subject:** RE: Freedom of Information Act Appeal - Case Number 2018-ICFO-03359

Good afternoon,

Your request is currently in the queue to be processed by an analyst. Please be advised that cases are processed on a first in, first out basis. Due to the tremendous volume of requests, it is taking longer than normal to process. Apologies for any inconveniences this may cause. You can now check the status of your FOIA requests online at: http://www.dhs.gov/foia-status.  Ensure that you input the entire case number (2018-ICFO-03359).

Sincerely,
ICE/FOIA

**From:** Kelly Simon [mailto:KSimon@aclu-or.org]
**Sent:** Tuesday, January 02, 2018 7:24 PM
**To:** ice-foia@dhs.gov
**Cc:** Mat dos Santos
**Subject:** RE: Freedom of Information Act Appeal - Case Number 2018-ICFO-03359

To Whom It May Concern:

I am writing on behalf of the ACLU of Oregon to inquire as to the status of case number 2018-ICFO-03359. The ACLU of Oregon submitted its original request on October 10, 2017, which I understand created a non-expedited deadline of November 9, 2017, to provide responsive documents. ICE did not meet that deadline despite granting the ACLU of Oregon's request for expedited processing. On November 17, 2017, the ACLU of Oregon submitted an appeal. I understand that ICE's timeline for responding to administrative appeals is 20 working days.  Given that that deadline has also passed, the ACLU of Oregon respectfully requests to be provided with an estimate as to when responsive documents or a response to the appeal can be expected.

We appreciate your attention to this matter.

Kind regards,

**Kelly Simon**
Pronouns: she, hers

Staff Attorney
American Civil Liberties Union of Oregon
PO Box 40585, Portland, OR 97240
503.444.7015 | ksimon@aclu-or.org
aclu-or.org



*We are in the Give!Guide!* *Giving has never felt so good.*

1

This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.

**From:** Kelly Simon
**Sent:** Friday, November 17, 2017 3:18 PM
**To:** 'ice-foia@dhs.gov' <ice-foia@dhs.gov>
**Cc:** Mat dos Santos <MdosSantos@aclu-or.org>
**Subject:** Freedom of Information Act Appeal - Case Number 2018-ICFO-03359

To Whom It May Concern:

Please see the attached FOIA appeal for case number 2018-ICFO-03359.

Sincerely,

Kelly Simon (she/her)
Staff Attorney
ACLU of Oregon
PO Box 40585, Portland, OR 97240
- o 503.444.7015
- ksimon@aclu-or.org
www.aclu-or.org



This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.