**DEREK D. GREEN, OSB #042960**
Email:  derekgreen@dwt.com
**ALICIA J. LEDUC, OSB #173963**
Email:  alicialeduc@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon  97201
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

**LELAND BAXTER-NEAL, OSB #155347**
Email: lbaxter-neal@aclu-or.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OREGON**
P. O. Box 40585
Portland, Oregon  97240
Telephone:  (503) 444-7005

Attorneys for Plaintiff American Civil Liberties Union of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF OREGON,**<br><br>                    **PLAINTIFF**,<br><br>       v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY;** and **IMMIGRATION AND CUSTOMS ENFORCEMENT**,<br><br>                    **DEFENDANTS**. | Case No. 3:18-cv-00247-JR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Page 1 – STIPULATION OF DISMISSAL WITH PREJUDICE

4833-7775-3793v.1 0200767-000015

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

By and through their respective counsel of record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this matter with prejudice and without an award by this Court of costs or fees to any party.

IT IS SO STIPULATED:

Dated July 14, 2020.              DAVIS WRIGHT TREMAINE LLP

                                  By:  s/ Derek D. Green
                                       Derek D. Green, OSB #042960
                                       Alicia J. LeDuc, OSB #173963
                                       Attorneys for Plaintiff
                                       American Civil Liberties Union of Oregon

Dated July 14, 2020.              AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OREGON

                                  By:  s/ Leland Baxter-Neal
                                       Leland Baxter-Neal, OSB #155347
                                       Attorneys for Plaintiff
                                       American Civil Liberties Union of Oregon

Dated July 14, 2020.              U.S. ATTORNEY DISTRICT OF OREGON

                                  By:  s/ Kevin Danielson
                                       Billy J. Williams, OSB #901366
                                       Kevin Danielson, OSB #065860
                                       Attorneys for Defendant
                                       U.S. Department of Homeland Security and
                                       U.S. Immigration and Customs Enforcement

Page 2 – STIPULATION OF DISMISSAL WITH PREJUDICE

4833-7775-3793v.1 0200767-000015

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax