IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AMERICAN CIVIL LIBERTIES UNION
OF OREGON,

                Plaintiff(s),

     v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

                Defendant(s).

Civil No. 03:18-cv-00247-JR

**ORDER OF DISMISSAL**

Based on the parties' Stipulation of Dismissal [56],

IT IS ORDERED that this action is DISMISSED with prejudice and without an award of costs or fees to any party. Pending motions, if any, are DENIED AS MOOT.

Dated this 15th day of July, 2020.

                                            by   /s/ Jolie A. Russo
                                                    Jolie A. Russo
                                                    United States Magistrate Judge